JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI STEINBERG, an Individual, | CASE NO.: CV08-3832(RSWL)(JTLx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING LITIGATION WITH PREJUDICE, PURSUANT TO STIPULATION** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Corporation; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and DOES 1 through 20, Inclusive, | |
| Defendants, | Complaint filed: April 30, 2008 |

IT IS HEREBY ORDERED THAT:

The Stipulation for Dismissal of Litigation with Prejudice entered into between Plaintiff Lori Steinberg and Defendants The Lincoln National Life Insurance Company and Metropolitan Life Insurance Company, by and through their counsel of record, is approved, the above-captioned action is dismissed with prejudice, and each party is ordered to bear their own costs, expenses and attorneys' fees.

DATED: April 21, 2009

RONALD S.W. LEW
———————————————
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge

1

1526-001/59377